# Third District Court of Appeal

## State of Florida

Opinion filed February 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1562
Lower Tribunal No. 24-42859-SP-24
_____

**Aida Awad,**
Appellant,

vs.

**Sarah Doyle,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

Aida Awad, in proper person.

Sarah Doyle, in proper person.

Before LOGUE, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed. <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("When there are issues of fact the appellant necessarily asks the reviewing court to draw conclusions about the evidence. Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").